IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JONATHAN J ROOKS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SUPERIOR COURT OF WASHINGTON COUNTY,** *et al.*,<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:24-cv-000164-TES-AGH** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

No party filed an objection to the United States Magistrate Judge's Report & Recommendation ("R&R") [Doc. 7] regarding pro se Plaintiff Jonathan J. Rooks's Complaint [Doc. 1] and pending Motion to Disqualify [Doc. 5].[1] *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** it [Doc. 7] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DISMISSES** this case **without prejudice** for failure to state a claim and **DENIES as moot** Plaintiff's Motion to Disqualify [Doc. 5] and Motion for Summary Judgment [Doc. 9]. *See* 28 U.S.C. § 1915(e)(2)(B)(ii); *Chappell v. Rich*, 340 F.3d

---

[1] Plaintiff filed an Affidavit [Doc. 8] and a Motion for Summary Judgment [Doc. 9] after the magistrate judge issued the R&R. Having reviewed both filings, and recognizing the Court's obligation to construe them liberally, the Court finds that neither document contains an objection to the R&R. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

1279, 1282–84 (11th Cir. 2003).

**SO ORDERED**, this 12th day of September, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
