IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JONATHAN J ROOKS, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-000164-TES-AGH |
| SUPERIOR COURT OF WASHINGTON COUNTY, et al., | * |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 12, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk